```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 08/16/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SCOTT THOMAS ZANKL, et al.,

                Plaintiffs,

- against -

SPIN CAPITAL, LLC, et al.,

                Defendants.

23 Civ. 4060(VM)

**ORDER**

**VICTOR MARRERO, United States District Judge.**

    The Defendants' request for an extension of the stay (Dkt. No. 34) is granted and the stay of this action is continued until judgment in the state proceeding is final. The parties shall provide a status report within five (5) days of any activity in the state court that bears upon the continued need for a stay.

**SO ORDERED.**

Dated:    16 August 2023
            New York, New York

                                        _____
                                           Victor Marrero
                                              U.S.D.J.